KEKER VAN NEST & PETERS LLP
Rachael E. Meny - #178514
 rmeny@keker.com
R. James Slaughter - #192813
 rslaughter@keker.com
Ian A. Kanig - #295623
 ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel: (415) 391-5400

*Counsel for Plaintiff Lyft, Inc.*

BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
 egeorge@bgrfirm.com
Carl Alan Roth (State Bar No. 151517)
 croth@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
 mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100

KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
Michael J. Guzman (DC Bar No. 445412) – Pro Hac
 mguzman@kellogghansen.com
Geoffrey M. Klineberg (DC Bar No. 444503) – Pro Hac
 gklineberg@kellogghansen.com
Collin R. White (DC Bar No. 1031005) – Pro Hac
 cwhite@kellogghansen.com
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel. (202) 326-7900

*Attorneys for Defendants
Warren Postman and Keller Lenkner LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LYFT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN POSTMAN, an individual citizen of Virginia, and KELLER LENKNER LLC, an Illinois limited liability corporation,<br><br>Defendant. | Case No. 3:18-cv-6978-EMC<br>*Assigned to the Hon. Edward M. Chen*<br><br>**STIPULATION RE EXTENSION FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date: None Set |

Pursuant to Local Rules 6-1 and 6-2, the parties hereby stipulate to an extension of the deadline for Defendants to respond to the Complaint.

### Recitals

WHEREAS, Plaintiff filed its Complaint on November 16, 2018 (Dkt. 1) and simultaneously filed a Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support (Dkt. 4);

WHEREAS, Defendants executed a Waiver of Service of Summons, making their answer or motion under Rule 12 due by November 19, 2018 (Dkt. 17);

WHEREAS, the parties thereafter entered into a Stipulation to an extension to the briefing schedule and hearing date on Plaintiff's Motion for Preliminary Injunction to allow limited expedited discovery (Dkt. 31);

WHEREAS, the Court granted the Stipulation, which, among other things, extended the due dates for the opposition and reply briefing on Plaintiff's Motion for Preliminary Injunction, and set the hearing date on the same for March 7, 2019 (Dkt. 34);

WHEREAS, Defendants currently intend to file a motion to dismiss pursuant to Rule 12;

WHEREAS, the parties desire to avoid overlap between the briefing schedule for Defendants' Rule 12 motion and the briefing schedule for Plaintiff's Motion for Preliminary Injunction and the related discovery;

WHEREAS, the parties further submit that the Court should rule on Plaintiff's Motion for Preliminary Injunction before Defendants file their Rule 12 motion;

THEREFORE, the parties, subject to the Court's approval, stipulate to the following: Defendants shall file their motion to dismiss the Complaint pursuant to

Rule 12, or other responsive pleading, within fourteen (14) calendar days of the entry of an Order on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO STIPULATED.**

Dated: January 15, 2019         KEKER VAN NEST & PETERS LLP
                                                  Rachael E. Meny
                                                  R. James Slaughter
                                                  Ian A. Kanig

                                                  By:  /s/ R. James Slaughter
                                                          R. James Slaughter
                                                  *Attorneys for Plaintiff Lyft, Inc.*

Dated: January 15, 2019         BROWNE GEORGE ROSS LLP
                                                  Eric M. George
                                                 Carl Alan Roth
                                                 Matthew L. Venezia
                                                KELLOGG, HANSEN, TODD, FIGEL
                                                    &FREDERICK, P.L.L.C
                                                 Michael J. Guzman
                                                 Geoffrey M. Klineberg
                                                 Collin R. White

                                                By:  /s/ Matthew L. Venezia
                                                         Matthew L. Venezia
                                                 *Attorneys for Defendants*
                                                *Warren Postman and Keller Lenkner LLC*

*Filer's Attestation:* Pursuant to Civil Local Rule 5-4.3.4(a)(2) regarding signatures, Matthew L. Venezia hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.

Dated: January 15, 2019

By: /s/ Matthew L. Venezia
Matthew L. Venezia

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be served on all ECF-registered counsel of record via the Court's CM/ECF system.

Dated: January 15, 2019                    /s/ Matthew L. Venezia
                                           Matthew L. Venezia