KEKER, VAN NEST & PETERS LLP
RACHAEL E. MENY - # 178514
rmeny@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYFT, INC., a Delaware corporation, | Case No. 3:18-cv-06978-EMC |
| Plaintiff, | Related Case No. 3:18-cv-05546-EMC |
| v. | **PLAINTIFF LYFT, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| WARREN POSTMAN, an individual citizen of Virginia, and KELLER LENKNER LLC, an Illinois limited liability corporation, | |
| | Date Filed:  November 16, 2018 |
| Defendants. | Trial Date:  TBD |

**PLEASE TAKE NOTICE** that Plaintiff Lyft, Inc. ("Lyft") hereby voluntarily dismisses without prejudice its complaint, Dkt. No. 1, against Defendants Warren Postman and Keller Lenkner LLC (together, "Defendants"). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not yet filed an answer or a motion for summary judgment. *See id.*

Dated: March 1, 2019                                      KEKER, VAN NEST & PETERS LLP

                                                By:  */s/ R. James Slaughter*
                                                     RACHAEL E. MENY
                                                     R. JAMES SLAUGHTER
                                                     IAN KANIG

                                                     Attorneys for Plaintiff
                                                     LYFT, INC.